# OSBORN LAW P.C.

Daniel A. Osborn, Esq. — dosborn@osbornlawpc.com
Lindsay M. Trust, Esq. — ltrust@osbornlawpc.com

**MEMO ENDORSED**

March 24, 2025

**VIA ECF**

Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *Nash v. Commissioner of Social Security*
                  Civil Action No. 7:25-cv-00022-VR

Dear Judge Reznik,

    We write on behalf of our client, Francine Nash, with the consent of the defense, to request a 75-day extension to file her motion for judgment on the pleadings which is currently due on April 2, 2025, per the Court's January 3, 2025 Standing Scheduling Order. This is the parties' first request for an extension. Plaintiff's counsel needs additional time due to a heavy caseload in the next several weeks.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **June 16, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **August 29, 2025**; and

- Plaintiff to file her reply, if any, on or before: **September 12, 2025.**

43 West 43rd Street, Suite 131    Telephone 212-725-9800    osbornlawpc.com
New York, New York 10036    Facsimile 212-500-5115    info@osbornlawpc.com

Honorable Victoria Reznik
March 24, 2025
Page Two

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Kristina Danielle Cohn, Esq. (by ECF)

The parties' request is **GRANTED.** The deadlines are so modified as outlined in this joint letter. The Clerk of Court is respectfully directed to close out the gavel associated with ECF No. 9.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 3-25-25